ALFRED J. MASTERS and Others, Suing for THE TRADERS NATIONAL BANK OF ROCHESTER and Other Stockholders, Plaintiffs, *v.* NATIONAL BANK OF COMMERCE and Another, Defendants.

Supreme Court, Monroe County, March 2, 1927.

**Removal of causes — action to set aside proceeding by which National bank is sought to be liquidated is based on Federal statutes and is removable to Federal court.**

This action in the Supreme Court to set aside proceedings by which a National bank has sought to be liquidated and dissolved presents questions based upon Federal statutes and should be removed to the United States District Court for trial.

MOTION for removal of case to Federal District Court.

*James D. Harris*, for the plaintiffs.

*Hubbell, Taylor, Goodwin & Moser*, for the defendants.

RODENBECK, J. This action is based on Federal statutes regulating the powers, borrowing capacity, and particularly the liquidation and dissolution of a National bank. (U. S. Comp. Stat. §§ 9661, 9764, 9806 ) It seeks to set aside the proceedings by which the assets of the Traders National Bank of Rochester were transferred to the National Bank of Rochester, to restrain the enforcement and sale of a note given in connection therewith and asks for an accounting. The main dispute arises over the proper method for liquidating and dissolving the Traders National Bank, which proceeding is regulated by Federal laws. The plaintiffs must show that the method employed was contrary to the Federal laws relating to the subject and their cause of action rests upon these laws. (Judicial Code, § 29 [Barnes Fed. Code, § 791]; *Western Union Telegraph Co.* v. *Ann Arbor R. R. Co.*, 178 U. S. 239, 244; *Devine* v. *Los Angeles*, 202 id. 313.) The Federal laws are not merely incidental to the controversy but the suit relates to the " operation and effect of the * * * laws upon the facts involved." (*Gold-Washing & Water Co.* v. *Keyes*, 96 U. S. 199, 203; *Western Union Telegraph Co.* v. *Ann Arbor R. R. Co., supra.*) Under these circumstances the case on the face of the complaint presents Federal questions and should be removed to the District Court of the United States for the Western District of New York.

Motion granted.